**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LAURIE A. CLARK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 25-552<br><br>Judge David A. Tapp |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to RCFC 41(a)(1)(A)(ii) and pursuant to the terms of their Settlement Agreement, Plaintiffs and Defendant, United States of America, hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted, this 13th day of July, 2026.

<table>
<tr><td>

*/s/ Lindsay S.C. Brinton*
Lindsay S.C. Brinton
Meghan S. Largent
Lewis Rice LLC
600 Washington Avenue,
Suite 2500
St. Louis, MO 63101
(314) 444-7723
(314) 612-7723 (fax)
lbrinton@lewisrice.com

*Attorneys for Plaintiffs*

</td><td>

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Alexis E. Smith*
ALEXIS E. SMITH
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel:  (202) 305-5140
Fax:  (202) 305-0725
Email: alexis.smith3@usdoj.gov

*Counsel for Defendant United States*

</td></tr>
</table>

1